# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | 1:11-cv-02050-BAM (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTIONS FOR COPY OF DOCUMENTS |
| v. | [Docs. 19 & 20] |
| SUPERIOR COURT OF STATE OF CALIFORNIA, | |
| Respondent. | |

On February 10, 2012, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed for failure to state a cognizable constitutional claim. The Court sent Petitioner the standard form to proceed with an action pursuant to 42 U.S.C. § 1983.

On February 21 and February 24, 2012, Petitioner filed motions requesting the Clerk of Court to return and/or copy certain documents filed in this action.

Although Petitioner was granted in forma pauperis status in this action, he is not ordinarily entitled to free copies of documents. Under 28 U.S.C. § 2250, the clerk is not entitled required to furnish copies without cost to an indigent petitioner except by order of the judge. Petitioner requests a blanket request for copies of all documents submitted to this Court, which is not sufficient to make a determination of necessity. If Petitioner desires copies of certain documents, the Clerk of Court charges $.50 per page for copies of documents, plus $11.00 per document for certification. See 28 U.S.C. § 1914(a).

///

1    Based on the foregoing, Petitioner's motions for copies of documents filed in this action
2 is DENIED.
3    IT IS SO ORDERED.
4  **Dated:   August 3, 2012**                    **/s/ Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE